UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Barry Stanley Washington**　　　　　　　　　　　　　　　**Docket No. 5:16-CR-224-1D**

### Petition for Action on Supervised Release

COMES NOW Brittany N. Simmons, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Barry Stanley Washington, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 28 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 13, 2017, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Barry Stanley Washington was released from custody on February 17, 2021, at which time the term of supervised release commenced. On September 20, 2021, the case was reassigned to U.S. District Judge James C. Dever III. On September 23, 2021, a Violation Report was filed advising of new criminal conduct (Driving While Impaired). It was recommended that the defendant participate in substance abuse counseling.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 24, 2022, the defendant was charged with Assault on Female and Injury to Personal Property. In order to address anger issues, mental health treatment is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa　　　　　　　　　　　　　　　/s/ Brittany N. Simmons
Julie W. Rosa　　　　　　　　　　　　　　　　Brittany N. Simmons
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8669
　　　　　　　　　　　　　　　　　　　　　　Executed On: July 6, 2022

Barry Stanley Washington
Docket No. 5:16-CR-224-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __7__ day of __July__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge